```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

DIONISIO TORIVO CASTILLO         *

        Petitioner,              *

vs.                              *
                                      CASE NO. 4:12-CV-280 (CDL)
ERIC HOLDER, et al.,             *

        Respondents.             *
```

ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on January 9, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 8th day of February, 2013.

                                   s/Clay D. Land
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE